11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



In re Wayne A. Montgomery,               * Original Mandamus Proceeding

No. 11-24-00102-CV                        * July 25, 2024

                                          * Memorandum Opinion by Trotter, J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted in part and denied in part. The Honorable Jason Cashon is directed to determine and make findings as to whether: (1) the MSA is enforceable, and if not, on what ground(s) it should be set aside; (2) Jean executed the MSA while under any form of duress as she claims; (3) the substance of the proposed final decree submitted by Wayne is consistent with the MSA's terms and conditions as stated in the agreement; and (4) ambiguities exist in the MSA and, if so, whether the parties first consulted with and sought clarification from the mediator on this issue prior to seeking court intervention as required by the MSA. If the trial court finds that the MSA executed by the parties is enforceable but that the decree as presented by Wayne is inconsistent with the MSA, it must direct the parties to submit a proposed decree that is consistent with the MSA's terms. A writ of mandamus will issue only if Judge Cashon fails to comply with this court's directives **on or before September 23, 2024**.

We vacate the order that we issued on April 24, 2024, that stayed the proceedings in the trial court below.